# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

130807(19)

JUDITH NORWICK SCHWEGMAN,
     Plaintiff-Appellant,

v

BENJAMIN L. SCHWEGMAN,
     Defendant-Appellee.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 130807
COA: 264942
Oakland CC: 03-675694-DO

On order of the Court, the motion for reconsideration of this Court's order of June 26, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

p0918